UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14081-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BONGKOTMAT KHIAOSING,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on January 23, 2013. A Report and Recommendation was filed on February 5, 2013, (D.E.#65), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count Two of the Superseding Information, which charges the Defendant with attempted possession of an identification document, that is, an alien registration receipt card ("green card"), with the intent to use the green card to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4) and (f).

**DONE AND ORDERED** in Chambers at Miami, Florida, this _13_ day of February, 2013.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office